IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-00061-WYD-MJW

LETITIA STRONG,

Plaintiff(s),

v.

YELLOW TRANSPORTATION, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion for Leave to File Amended Complaint, DN 19, filed with the Court on April 16, 2009, is GRANTED finding no objection by Defendant.  The Plaintiff's Amended Complaint is accepted for filing as of the date of this order.

Date:  April 20, 2009