IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00061-WYD-MJW

LETITIA STRONG,

    Plaintiff,

v.

YELLOW TRANSPORTATION, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of Plaintiff's Amended Complaint on April 20, 2009 [#22], Defendant Yellow Transportation, Inc.'s Motion to Dismiss, filed March 20, 2009 [#13], is **DENIED AS MOOT**.

    Dated:  April 21, 2009